### J. H. BURNETT & Co. v. GUNTER & MUNSON.

(No. 107, Tex. L. J., vol. 1, p. 179.)

APPEAL from Galveston County. Opinion by WINK-LER, J.

§ 664. *Jury.* Where neither party demands a jury, it is competent for the court to try and determine a suit for damages.

    January 29, 1878.            Affirmed.